UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X   Index No.: 14-cv-4046
KELLEY SULLIVAN,

                Plaintiff,

      -against-                      **REQUEST FOR CERTIFICATE OF DEFAULT**

PORTMARNOCK RESTAURANT CORP.,
individually, and d/b/a, P.D. O'HURLEY'S
RESTAURANT GROUP, and d/b/a DESMOND'S
STEAK HOUSE, KARIEM BOSKOU, individually,
and PAUL HURLEY, individually,

                Defendants.
-------------------------------------------------------------X

TO:    VALERIE E. CAPRONI
         UNITED STATES DISTRICT JUDGE
         SOUTHERN DISTRICT OF NEW YORK

Please enter the default of Defendants KARIEM BOSKOU, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Bryan S. Arce, Esq.

Dated: New York, New York
          January 26, 2015

                                              Respectfully Submitted,
                                              **Arcé Law Group, P.C.**

                       By: _____
                                              Bryan S. Arce, Esq.
                                              30 Broad Street, 35th Floor
                                              New York, NY 10004
                                              (212) 248-0120
                                              *Attorneys for Plaintiff*

TO:    KARIEM BOSKOU
         5021 Vineland Rd.
         Orlando, FL 32811