USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2015

At Courtroom 443 of the United States District Court, Southern District of New York located at 40 Foley Square, New York, NY 10007 on the 4th day of February, 2015.

PRESENT: _____
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KELLEY SULLIVAN,

                Plaintiffs,

   -against-

PORTMARNOCK RESTAURANT CORP.,
Individually, and d/b/a, P.D. O'HURLEY'S
RESTAURANT GROUP, and d/b/a DESMOND'S
STEAK HOUSE, KARIEM BOSKOU, individually,
PAUL HURLEY, individually,

                Defendants.
------------------------------------------------------------X

Index No.: 14-cv-4046 (VEC)

## ORDER TO SHOW CAUSE FOR DEFAULT JUDGEMENT

Upon the reading and the filing of the Affirmation of Bryan S. Arce, Esq., in support of Plaintiff's application for an order to show cause, submitted by and through Plaintiff's attorneys of record, dated the 4th day of February, 2015; and all the exhibits attached hereto, it is hereby

ORDERED, that the Defendants PORTMARNOCK RESTAURANT CORP., individually, and d/b/a, P.D. O'HURLEY'S RESTAURANT GROUP, and d/b/a DESMOND'S STEAK HOUSE, PAUL HURLEY, and KARIEM BOSKOU, show cause on the 12th day of March, 2015, at 40 Foley Square, Room 443 or as soon thereafter as counsel can be heard why an Order should not be entered:

(1) Granting Plaintiff's Application for a Default Judgment against Defendants PORTMARNOCK RESTAURANT CORP., individually, and d/b/a, P.D. O'HURLEY'S RESTAURANT GROUP, and d/b/a DESMOND'S STEAK HOUSE, PAUL HURLEY, and KARIEM BOSKOU; ORDERED that service of a copy of this Order to Show Cause upon the Defendants PORTMARNOCK RESTAURANT CORP., individually, and d/b/a P.D. O'HURLEY'S RESTAURANT GROUP, and d/b/a DESMOND'S STEAK HOUSE, PAUL HURLEY, and KARIEM BOSKOU, on or before the 6th day of February 2015, *via Certified Mail* to PORTMARNOCK RESTAURANT CORP., individually, and d/b/a, P.D. O'HURLEY'S RESTAURANT GROUP, and d/b/a DESMOND'S STEAK HOUSE, and PAUL HURLEY, at 513 7th Avenue, New York, NY 10036 and to KARIEM BOSKOU at 5021 Vineland Road, Orlando, FL 32811.

**ENTERED:**

_____
U.S.D.J.
February 4, 2015